UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEWART MARSDEN,

    Plaintiff,

v.

CLASSIC TRAVEL, INC,

    Defendant.

Civil Action No.:

COMPLAINT AND JURY DEMAND

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, STEWART MARSDEN ("Marsden" or "Plaintiff"), brings this complaint in the United States District Court for the District of Columbia against CLASSIC TRAVEL, INC. (Classic" or "Defendant"), alleging as follows:

PARTIES

1. Plaintiff is an experienced commercial landscape and streetscape photographer and writer. Plaintiff contributes regularly to 1x.com, the world's leading fine art photography online magazine. Plaintiff's photographs have been sold to clients throughout the world. The Daily Telegraph published a profile of Plaintiff's work. Plaintiff works with numerous high-profile clients, including but not limited to: The New Zealand High Commissioner, former Deputy Prime Minister Nick Clegg, and the Mayor of London. Plaintiff resides in London, England.

2. On information and belief, Defendant is a Domestic Profit Corporation existing under the laws of the state of Michigan, with headquarters in Okemos, Michigan. Defendant is a full-

service travel agency specializing in leisure travel, corporate travel, and group travel.[1] Defendant brokers travel arrangements for trips throughout the world, including Africa, Asia, Middle east, Central America, South America, and South Pacific. Defendant regularly brokers travel arrangements for trips to the District of Columbia. Defendant's website and social media platforms reach readers throughout the Unites States and the world. Defendant owns and operates the commercial website, www.classictravel.com.

## JURISDICTION AND VENUE

3. This is a civil action seeking damages for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

4. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

5. This Court has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b), in that Defendant regularly does or solicits business, engages in a persistent course of conduct, and derives substantial revenue from services rendered in the District of Columbia.

6. This Court also has personal jurisdiction over Defendant, and venue in this District is proper under 28 U.S.C. § 1400(a).

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

7. Plaintiff captured the photograph, "Westminster" ("Copyrighted Photograph") on December 31, 2015 from the dome of the Methodist Central Hall in London, England. [Exhibit 1].

---

[1] www.classictravel.com

Plaintiff captured Copyrighted Photograph using great technical skill and careful timing, as well as significant time and energy.

8. On or about January 1, 2016, Plaintiff posted Copyrighted Photograph to www.sunprints.co.uk/portfolio/G0000DPwGCKazXfo/I0000WTXOrFWgPSo (Last visited June 10, 2018). [Exhibit 2].

9. Following the posting described in the above paragraph, Plaintiff granted permission to London & Partners to display Copyrighted Photograph on London & Partners' website, https://photos.london.

10. London & Partners' website included the following text "Credits: © Stewart Marsden" immediately below the display of Copyrighted Photograph.

11. London & Partners' website includes the following text immediately below every photograph, including Copyrighted Photograph, displayed on their website: "All Images Must Display Credit and VisitLondon.com." [Exhibit 3 displays the standard notice for all photographs on the London & Partners' website when a user clicks on the thumbnail display of an image].

12. London & Partners' website is a source for London images, but for editorial use only. [Exhibit 4].

13. London & Partners' "Terms & Conditions" are posted to their website and specifically prohibit commercial use of the photographs displayed on the London & Partners' website. [Exhibit 5].

14. Despite the above-referenced restrictions, beginning on or about August 23, 2016, Defendant copied and posted Copyrighted Photograph from https://photos.london to the Defendant's commercial website, www.classictravel.com (Last visited June 10, 2018).

15. Defendant posted Copyrighted Photograph to the following URL:

    - www.classictravelusa.com/msu-nursing (Last visited June 10, 2018). [Exhibit 6].

16. Defendant included active links directly above Copyrighted Photograph to social media websites, including: Facebook, Twitter, and Google. [Exhibit 6].

17. Plaintiff registered Copyrighted Photograph with the United States Copyright Office on January 31, 2018 (Registration No.: VA 2-085-861). [Exhibit 7].

COUNT I: INFRINGEMENT OF COPYRIGHT PURSUANT TO 17 U.S.C. § 101 ET SEQ.

18. Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

19. Plaintiff is, and at all relevant times has been, the copyright owner or licensee of exclusive rights under United States copyright with respect to Copyrighted Photograph, which is the subject of a valid Certificate of Copyright Registration by the Register of Copyrights.

20. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce and distribute Copyrighted Photograph to the public.

21. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, copied and used Copyrighted Photograph to the commercial website, www.classictravel.com. In doing so, Defendant violated Plaintiff's exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiff's copyright and exclusive rights under copyright.

22. Plaintiff is informed and believes that the foregoing act of infringement was willful and intentional, in disregard of and with indifference to the rights of Plaintiff.

23. As a result of Defendant's infringement of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to actual damages, including any profits realized by Defendant

attributable to the infringement, pursuant to 17 U.S.C. § 504(b) for Defendant's infringement of Copyrighted Photograph.

## COUNT II: CONTRIBUTORY INFRINGEMENT

24. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, knowingly made available to copy and distribute Copyrighted Photograph to users of their website by providing active links to various social media websites, whose business model is to copy, share, and otherwise disseminate content, including photographs.

25. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, had knowledge or reason to know of such contributory infringement.

26. As a result of Defendant's actions, Plaintiff is entitled to statutory damages or such other and further relief as is just and proper.

## COUNT III: REMOVAL AND ALTERATION OF INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION PURSUANT TO 17 U.S.C. § 1202

27. Plaintiff is informed and believes that Defendant, without the permission or consent of Plaintiff, knowingly and with the intent to conceal infringement, intentionally removed the copyright management information from Plaintiff's Copyrighted Photograph before displaying Copyrighted Photograph on Defendant's public website, www.aynrand.org. In doing so, Defendant violated 17 U.S.C. § 1202(a)(1) and (b)(1).

28. As a result of Defendant's actions, Plaintiff is entitled to actual damages or statutory damages pursuant to 17 U.S.C. § 1203(c). Plaintiff is further entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 1203(b)(5).

PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Declaring that Defendant's unauthorized conduct violates Plaintiff's rights under the Federal Copyright Act;

B. Immediately and permanently enjoining Defendant, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing Plaintiff's Copyrighted Photograph without consent or otherwise infringing Plaintiff's copyright or other rights in any manner;

C. Ordering Defendant to account to Plaintiff for all gains, profits, and advantages derived by Defendant by their infringement of Plaintiff's copyright or such damages as are proper, and since Defendant intentionally infringed Plaintiff's copyright, for the maximum allowable statutory damages for each violation;

D. Awarding Plaintiff his actual damages and profits attributable to Defendant's copyright infringement, pursuant to 17 U.S.C. § 504; and statutory damages, pursuant to 17 U.S.C. § 1203, in an amount to be determined at trial;

E. Awarding Plaintiff such other and further relief as is just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: June 20, 2018  ___/s/____*David C. Deal*_____
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
888-965-8083, Facsimile
david@daviddeal.com
*Counsel for Plaintiff*

EXHIBIT 1



EXHIBIT 2



EXHIBIT 3





EXHIBIT 4





EXHIBIT 5



EXHIBIT 6



EXHIBIT 7

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-085-861**
Effective Date of Registration:
January 31, 2018

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

### Title
Title of Work: Westminster

### Completion/Publication
Year of Completion: 2016
Date of 1st Publication: January 01, 2016
Nation of 1st Publication: United Kingdom

### Author
- Author: Stewart Marsden
  Author Created: Photograph
  Citizen of: United Kingdom

### Copyright Claimant
Copyright Claimant: Stewart Marsden
67 Fourth Avenue, Watford, WD25 9QH, United Kingdom

### Rights and Permissions
Name: Stewart Marsden
Email: stewart@sunprints.co.uk

### Certification
Name: Barbara Konecny, Authorized agent of Author/Owner
Date: January 31, 2018

Copyright Office notes: Regarding basis for registration: A work may be registered with the Single

Page 1 of 2